UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VICTOR MANUEL GONZALEZ-TRIANA,  )<br>                                )<br>        Petitioner,              )<br>                                )<br>    v.                          )<br>                                )<br> ANTONE MONIZ, Superintendent,  )<br>                                )<br>        Respondent.              )<br>                                )  | CIVIL ACTION<br>NO. 19-10075-WGY |

YOUNG, D.J.                                               January 14, 2019

**SERVICE ORDER**

Petitioner Victor Manuel Gonzalez-Triana, through counsel, filed an emergency petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is now in custody at the Plymouth County Correctional Facility. The petition seeks petitioner's immediate release and requests a hearing.

The petition alleges that immigration removal proceedings terminated on January 10, 2019 based upon the approval of petitioner's application for adjustment of status and that petitioner is now a legal permanent resident of the United States. On January 14, 2019, petitioner received his "green card" in the mail.

Named as respondents are the Superintendent of the Plymouth County Correctional Facility, the Plymouth County Sheriff and

ICE Acting Field Officer Director. Because the only proper respondent in a 28 U.S.C. § 2241 petition is the inmate's immediate custodian, see Rumsfeld v. Padilla, 542 U.S. 426, 439 (2004), the Clerk will be directed to amend the docket to identify Antone Moniz as the sole respondent.

Upon review of the petitioner, the Court hereby ORDERS:

1. Antone Moniz, Superintendent of the Plymouth County Correctional Facility, shall be the sole respondent in this action. The Clerk shall terminate as parties the Sheriff and ICE Acting Field Office Director.

2. The Clerk shall serve a copy of the petition upon Respondent Moniz and the United States Attorney for the District of Massachusetts.

3. The Respondent shall, within 3 days of the date of this order, respond to the petition.

**SO ORDERED.**

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE